# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-40511

CONSOLIDATED WITH

No. 23-40512

————————

United States Court of Appeals
Fifth Circuit

**FILED**

March 21, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MARIO ALBERTO REYES-MARTINEZ

*Defendant—Appellant*.

———————————————————————

Appeals from the United States District Court
for the Southern District of Texas
USDC Nos. 7:23-CR-622-1,
7:23-CR-818-1

———————————————————————

Before KING, HAYNES, AND GRAVES, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Mario Alberto Reyes-Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Reyes-Martinez has not filed a

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40511
c/w No. 23-40512

response.  We have reviewed counsel's brief and the relevant portions of the record reflected therein.  We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.